UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| SANDRA HUCKABY WATTERS, | ) |
| Plaintiff, | ) |
| v. | ) No. 1-14-00096 |
| | ) Senior Judge Haynes |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 16) to deny Defendant's motion to dismiss (Docket Entry No. 10) for lack of subject matter jurisdiction. Defendant has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED,** and Defendant's motion to dismiss (Docket Entry No. 10) for lack of subject matter jurisdiction is **DENIED.**

It is so **ORDERED.**

ENTERED this the _1st_ day of July, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge